UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DENISE PATTON DORSETT and IRAJ NOUZARI, individually and dba MOONEY'S RESTAURANT & BAR,<br><br>Defendants. | CASE NO.  2:12-CV-01715-JAM-EFB<br><br>**ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT, PRE-TRIAL CONFERENCE AND TRIAL DATES** |

The Court, having reviewed Plaintiff, JOE HAND PROMOTIONS, INC., and Defendants, DENISE PATTON DORSETT and IRAJ NOUZARI's joint Stipulation to Continue Motion for Summary Judgment, Pre-Trial Conference and Trial Dates, finds that GOOD CAUSE IS HEREBY SHOWN to continue the hearing on Plaintiff's Motion for Summary Judgment, the Final Pre-Trial Conference and the Jury Trial dates associated with the instant matter.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

1  IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Summary

2  Judgment, the Final Pre-Trial Conference and the Jury Trial should be continued for

3  approximately 90 days as follows:

| Event | Current Date | Stipulated New Date |
|---|---|---|
| Hearing on Plaintiff's Motion for Summary Judgment | August 6, 2014, at 9:30 a.m. | November 5, 2014, at 9:30 a.m. |
| Final Pre-Trial Conference | September 12, 2014, at 10:00 a.m. | December 12, 2014, at 10:00 a.m. |
| Jury Trial | November 3, 2014, at 9:00 a.m. | February 2, 2015, at 9:00 a.m. |

IT IS SO ORDERED.

Dated:  7/30/2014                         /s/ John A. Mendez
                                          John A. Mendez
                                          U. S. DISTRICT COURT JUDGE