1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| JOE HAND PROMOTIONS, INC., | CASE NO. 2:12-CV-01715-JAM-EFB |
|---|---|
| Plaintiff, | **ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT, PRE-TRIAL CONFERENCE AND TRIAL DATES** |
| v. | |
| DENISE PATTON DORSETT and IRAJ NOUZARI, individually and dba MOONEY'S RESTAURANT & BAR, | |
| Defendants. | |

The Court, having reviewed Plaintiff, JOE HAND PROMOTIONS, INC., and Defendants, DENISE PATTON DORSETT and IRAJ NOUZARI's Stipulation to Continue Motion for Summary Judgment, Pre-Trial Conference and Trial Dates, finds that GOOD CAUSE IS HEREBY SHOWN to continue the hearing on Plaintiff's Motion for Summary Judgment, the Final Pre-Trial Conference and the Jury Trial dates associated with the instant matter.

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Summary Judgment, the Final Pre-Trial Conference and the Jury Trial should be continued for approximately 90 days as follows:

\ \ \

\ \ \

| Event | Current Date | Stipulated New Date |
|---|---|---|
| Hearing on Plaintiff's Motion for Summary Judgment | November 5, 2014 9:30 a.m. | February 11, 2015 9:30 a.m. |
| Final Pre-Trial Conference | December 12, 2014 10:00 a.m. | March 20, 2015 11:00 a.m. |
| Jury Trial | February 2, 2015 9:00 a.m. | May 4, 2015 9:00 a.m. |

IT IS SO ORDERED.

Dated: October 22, 2014

/s/ John A. Mendez
John A. Mendez
U. S. DISTRICT COURT JUDGE