1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DENISE PATTON DORSETT and IRAJ NOUZARI, individually and dba MOONEY'S RESTAURANT & BAR,<br><br>Defendants. | CASE NO.  2:12-CV-01715-JAM-EFB<br><br>**ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT, PRE-TRIAL CONFERENCE AND TRIAL DATES** |

The Court, having reviewed Plaintiff, JOE HAND PROMOTIONS, INC., and Defendants, DENISE PATTON DORSETT and IRAJ NOUZARI's Stipulation to Continue Motion for Summary Judgment, Pre-Trial Conference and Trial Dates, finds that GOOD CAUSE IS HEREBY SHOWN to continue the hearing on Plaintiff's Motion for Summary Judgment, the Final Pre-Trial Conference and the Jury Trial dates associated with the instant matter.

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Summary Judgment, the Final Pre-Trial Conference and the Jury Trial should be continued for approximately 90 days as follows:

/ / /

/ / /

| Event | Current Date | Stipulated New Date |
|---|---|---|
| Hearing on Plaintiff's Motion for Summary Judgment | May 6, 2015 9:30 a.m. | August 5, 2015 9:30 a.m. |
| Final Pre-Trial Conference | June 19, 2015 10:00 a.m. | September 18, 2015 10:00 a.m. |
| Jury Trial | August 3, 2015 9:00 a.m. | November 2, 2015 9:00 a.m. |

IT IS SO ORDERED.

Dated: April 14, 2015          /s/ John A. Mendez
                               John A. Mendez
                               U. S. DISTRICT COURT JUDGE

6CA03991.doc                - 2 -                    ORDER
CASE NO. 2:12-CV-01715-JAM-EFB