1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| JOE HAND PROMOTIONS, INC., | CASE NO. 2:12-CV-01715-JAM-EFB |
|---|---|
| Plaintiff, | **ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT, PRE-TRIAL CONFERENCE AND TRIAL DATES** |
| v. | |
| DENISE PATTON DORSETT and IRAJ NOUZARI, individually and dba MOONEY'S RESTAURANT & BAR, | |
| Defendants. | |

The Court having reviewed the Stipulation to Continue Motion for Summary Judgment, Pre-Trial Conference and Trial Dates, finds that GOOD CAUSE IS HEREBY SHOWN to continue the hearing on Plaintiff's Motion for Summary Judgment, the Final Pre-Trial Conference and the Jury Trial dates associated with the instant matter.

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Summary Judgment, the Final Pre-Trial Conference and the Jury Trial should be continued for approximately 90 days as follows:

/ / /

/ / /

/ / /

DCF9D77E.doc

**ORDER**
**CASE NO. 2:12-CV-01715-JAM-EFB**

| Event | Current Date | Stipulated New Date |
|---|---|---|
| Hearing on Plaintiff's Motion for Summary Judgment | February 9, 2016<br>1:30 p.m. | May 10, 2016<br>1:30 p.m. |
| Final Pre-Trial Conference | March 18, 2016<br>10:00 a.m. | June 17, 2016<br>10:00 a.m. |
| Jury Trial | May 2, 2016<br>9:00 a.m. | August 1, 2016<br>9:00 a.m. |

IT IS SO ORDERED.

Dated: January 29, 2016 /s/ JOHN A. MENDEZ
John A. Mendez
U. S. DISTRICT JUDGE