UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DENISE PATTON DORSETT and IRAJ NOUZARI, individually and dba MOONEY'S RESTAURANT & BAR, <br><br> Defendants. | CASE NO. 2:12-CV-01715-JAM-DB <br><br> **ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT, PRE-TRIAL CONFERENCE AND TRIAL DATES** <br><br> **(AS MODIFIED BY THE COURT )** |

The Court having reviewed the Stipulation to Continue Motion for Summary Judgment, Pre-Trial Conference and Trial Dates, finds that GOOD CAUSE IS HEREBY SHOWN to continue the hearing on Plaintiff's Motion for Summary Judgment, the Final Pre-Trial Conference and the Jury Trial dates associated with the instant matter.

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Summary Judgment, the Final Pre-Trial Conference and the Jury Trial should be continued for approximately 90 days as follows:

/ / /

/ / /

/ / /

D3DCC438.doc

**ORDER**
**CASE NO. 2:12-CV-01715-JAM-DB**

| Event | Current Date | Stipulated New Date |
|---|---|---|
| Hearing on Plaintiff's Motion for Summary Judgment | August 9, 2016<br>1:30 p.m. | November 15, 2016<br>1:30 p.m. |
| Final Pre-Trial Conference | September 16, 2016<br>11:00 a.m. | December 9, 2016<br>11:00 a.m. |
| Jury Trial | October 31, 2016<br>9:00 a.m. | January 30, 2017<br>9:00 a.m. |

**<u>NO FURTHER CONTINUANCES WILL BE GRANTED UNLESS INITIATED BY THE COURT.</u>**

IT IS SO ORDERED.

Dated: August 4, 2016                                      /s/ John A. Mendez
                                                                         John A. Mendez
                                                                         U. S. DISTRICT COURT JUDGE