**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | Case No.: 2:12-cv-01715-JAM-DB |
| Plaintiff, | ORDER |
| vs. | |
| **DENISE PATTON DORSETT, ET AL,** | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the Joint Stipulation of Dismissal With Prejudice is Granted.

IT IS SO ORDERED on this 9th day of March, 2017

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

1